IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARRAY BIOPHARMA INC.,<br><br>Plaintiff,<br><br>v.<br><br>EUGIA PHARMA SPECIALITIES<br>LIMITED and AUROBINDO PHARMA<br>USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Array BioPharma, Inc. ("Plaintiff" or "Array"), for its Complaint against Eugia Pharma

Specialities Limited and Aurobindo Pharma USA, Inc. (collectively "Defendants" or "Eugia"),

alleges as follows:

## NATURE OF THE ACTION

1.      This is an action by Array against Defendants for infringement of United States

Patent No. 9,474,754 ("the '754 patent").

2.      This action arises out of Defendants' submission of Abbreviated New Drug

Application ("ANDA") No. 217609 seeking approval by the United States Food and Drug

Administration ("FDA") to sell generic copies of Array's 75 mg BRAFTOVI (encorafenib)

capsules prior to the expiration of the '754 patent.  Defendants' ANDA product is referred to

hereinafter individually as "Eugia 75 mg Generic Capsules."

## THE PARTIES

3.      Plaintiff Array is a corporation organized and existing under the laws of Delaware,

having a place of business at 3200 Walnut Street, Boulder, Colorado 80301.

4. On information and belief, defendant Eugia Pharma Specialities Limited is a corporation organized and existing under the laws of India, having its principal place of business at Plot No 1, Sy No 83/1 Hyderabad Knowledge City Raidurg Panmaktha, Hyderabad, Telangana 500032, India. Aurobindo Pharma Limited is the ultimate parent corporation of Eugia Pharma Specialities Limited.

5. On information and belief, defendant Aurobindo Pharma USA, Inc. is a corporation organized and existing under the laws of Delaware, having its principal place of business at 279 Princeton Hightstown Road, East Windsor, NJ 08520. On information and belief, Aurobindo Pharma Limited is also the ultimate parent corporation of Aurobindo Pharma USA, Inc. On information and belief, Aurobindo Pharma USA, Inc. is the U.S. agent for Eugia Pharma Specialities Limited.

## JURISDICTION AND VENUE

6. This action arises under the patent laws of the United States, Title 35, United States Code. The Court has subject matter jurisdiction over this action pursuant to the provisions of 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

7. This Court has personal jurisdiction over Defendants.

8. This Court has personal jurisdiction over Defendant Aurobindo Pharma USA, Inc. by virtue of the fact that Aurobindo Pharma USA, Inc. is a Delaware corporation registered to conduct business in the State of Delaware (File No. 3769913) and has the following registered agent in the State of Delaware: Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

9. This Court has personal jurisdiction over Defendant Eugia Pharma Specialities Limited by virtue of the fact that, *inter alia*, it has committed a tortious act of patent infringement that has led and/or will lead to foreseeable harm and injury to Plaintiff, including in the State of

2

Delaware. In particular, this suit arises out of Eugia Pharma Specialities Limited's submission of ANDA No. 217609 seeking FDA approval to sell Eugia 75 mg Generic Capsules prior to the expiration of the '754 patent throughout the United States, including in the State of Delaware

10.     On information and belief, Eugia Pharma Specialities Limited, directly or through its U.S. agent Aurobindo Pharma USA, Inc., manufactures, markets, imports, and sells generic drugs for distribution in Delaware and throughout the United States.

11.     On information and belief, Defendants are agents of each other and/or work in concert with each other on the development, obtaining of regulatory approval, manufacture, marketing, sale, and/or distribution of generic drugs, including the proposed Eugia 75 mg Generic Capsules.

12.     On information and belief, if ANDA No. 217609 is approved, Eugia 75 mg Generic Capsules will, among other things, be marketed and distributed in Delaware, prescribed by physicians practicing in Delaware, dispensed by pharmacies located in Delaware, and/or used by patients in Delaware.

13.     Eugia's infringing activities with respect to its submission of ANDA No. 217609 and its intent to commercialize and sell the Eugia 75 mg Generic Capsules have led and/or will lead to foreseeable harm and injury to Plaintiff, which is incorporated in Delaware.

14.     On information and belief, Defendants maintain substantial, systematic, and continuous contacts with Delaware. Aurobindo Pharma USA, Inc.'s website states that the corporation "achieved revenue of USD 3.3 billion in FY 2020-2021" and that "Aurobindo Pharma is among the largest filers of DMFs and ANDAs in India." https://www.aurobindo.com/business-overview/ (last visited September 6, 2022).

3

15.    In the alternative, this Court has jurisdiction over Eugia Pharma Specialities Limited under Federal Rule of Civil Procedure 4(k)(2).  Eugia Pharma Specialities Limited has contacts with the United States by, *inter alia*, having filed ANDA No. 217609 with the FDA.

16.    Venue is proper in this judicial district pursuant to the provisions of 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

17.    The active ingredient in Array's BRAFTOVI product is encorafenib, a kinase inhibitor that targets BRAF V600E, as well as wild-type BRAF and CRAF, having the chemical name  methyl  N-{(2S)-1-[(4-{3-[5-chloro-2-fluoro-3(methanesulfonamido)phenyl]-1-(propan-2-yl)-1H-pyrazol-4-yl}pyrimidin-2-yl)amino]propan-2yl}carbamate.    The  chemical  structure  of encorafenib is shown below:

18.    The FDA-approved Prescribing Information states that BRAFTOVI is indicated (1) in combination with binimetinib, for the treatment of patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test, and (2) in combination with cetuximab, for the treatment of adult patients with metastatic colorectal cancer with a BRAF V600E mutation, as detected by an FDA-approved test, after prior therapy.

19.    BRAFTOVI capsules for oral use contain 75 mg of encorafenib with the following inactive ingredients: copovidone, poloxamer 188, microcrystalline cellulose, succinic acid, crospovidone, colloidal silicon dioxide, magnesium stearate (vegetable origin).  The capsule shell contains gelatin, titanium dioxide, iron oxide red, iron oxide yellow, ferrosoferric oxide, monogramming ink (pharmaceutical glaze, ferrosoferric oxide, propylene glycol).

**The '754 Patent**

20.    On October 25, 2016, the USPTO issued the '754 patent, titled "Pharmaceutical Combinations Comprising a B-RAF Inhibitor, and EGFR Inhibitor and Optionally a PI3K-α Inhibitor."  The '754 patent is duly and legally assigned to Array.  A copy of the '754 patent is attached hereto as Exhibit A.

21.    The '754 patent contains claims directed to a pharmaceutical combination comprising a B-Raf inhibitor, an EGFR inhibitor, and optionally a PI3K-α inhibitor as well as methods of treating a proliferative disease with these compounds.

**Orange Book Listing for BRAFTOVI**

22.    Array holds approved New Drug Application ("NDA") No. N210496 for 75 mg encorafenib capsules, which Array sells under the registered name BRAFTOVI.

23.    Pursuant to 21 U.S.C. § 355(b)(1) and the regulations the FDA has promulgated pursuant thereto, the '754 patent is listed in the FDA publication titled "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book") for the BRAFTOVI NDA No. N210496.  The Orange Book lists the expiration date for the '754 patent as August 5, 2033.

24.    The Orange Book also lists twelve additional patents for 75 mg encorafenib capsules (BRAFTOVI): U.S. Patent Nos. 8,501,758 (expiring March 4, 2031); 8,541,575 (expiring February 26, 2030); 8,946,250 (expiring July 23, 2029); 9,314,464 (expiring July 4, 2031); 9,387,208 (expiring November 21, 2032); 9,593,099 (expiring August 27, 2030); 9,593,100

(expiring August 27, 2030); 9,763,941 (expiring November 21, 2032); 9,850,229 (expiring August 27, 2030); 9,850,230 (expiring August 27, 2030); 10,005,761 (expiring August 27, 2030); and 10,258,622 (expiring November 21, 2032).  None of these additional patents is being asserted by Array in this matter at this time.

**Defendants' ANDA**

25.    By letter dated August 8, 2022 (the "Eugia Notice Letter"), and received by Array on August 9, 2022, Defendants notified Array that it had submitted ANDA No. 217609 to the FDA, seeking approval under the Federal Food, Drug and Cosmetic Act to market and sell Eugia 75 mg Generic Capsules, generic copies of BRAFTOVI (75 mg encorafenib capsules), prior to the expiration of the '754 patent and prior to the expirations of United States Patent Nos. 9,387,208, 9,763,944, and 10,258,622.  The Eugia Notice Letter describes the Eugia 75 mg Generic Capsules as "encorafenib capsule, 75 mg."

26.    On information and belief, Eugia Pharma Specialities Limited and Aurobindo Pharma USA, Inc. collaborated and acted in concert in the decision to prepare and file, and in the preparation and submission of ANDA No. 217609.

27.    The Eugia Notice Letter states that ANDA No. 217609 seeks "to obtain approval to engage in the commercial manufacture, use or sale of Eugia 75 mg Generic Capsules prior to the expiration of the '754 patent.

28.    The Eugia Notice Letter asserts that ANDA No. 217609 contains a "Paragraph IV" certification under 21 U.S.C. § 355(j)(2)(B)(iv)(II) alleging that the '754 patent is "invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use or sale of" Eugia 75 mg Generic Capsules.

29.    Attached to the Eugia Notice Letter was Eugia's Detailed Factual and Legal Basis for Defendants' Paragraph IV Certification regarding U.S. Patent Nos. 9,387,208, 9,763,941,

6

10,258,622, and the '754 patent ("Defendants' Detailed Statement") asserting the purported factual and legal bases for Defendants' contention that the '754 patent is invalid and/or will not be infringed by the commercial manufacture, use, or sale of Eugia 75 mg Generic Capsules.

30.    Defendants' Detailed Statement alleges that the claims of the '754 patent are invalid.  Defendants' Detailed Statement further alleges that the Eugia 75 mg Generic Capsules will not infringe the '754 patent.

31.    On information and belief, upon approval of ANDA No. 217609, Defendants will sell and distribute Eugia 75 mg Generic Capsules throughout the United States, including in Delaware.

**COUNT I**
**(Infringement of the '754 Patent by Eugia)**

32.    The allegations of paragraphs 1-31 above are repeated and re-alleged as if set forth fully herein.

33.    Pursuant to 35 U.S.C. § 271(e)(2)(A), Eugia Pharma Specialities Limited's submission of ANDA No. 217609 seeking approval to market Eugia 75 mg Generic Capsules was an act of infringement of at least one claim of the '754 patent entitling Array to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for ANDA No. 217609 be a date which is not earlier than the expiration date of the '754 patent.

34.    On information and belief, the proposed labeling and/or package insert submitted with ANDA No. 217609 copies the indication in Array's BRAFTOVI label and states that Eugia 75 mg Generic Capsules are indicated, (1) in combination with binimetinib, for the treatment of patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test, and (2) in combination with cetuximab, for the treatment of

adult patients with metastatic colorectal cancer with a BRAF V600E mutation, as detected by an FDA-approved test, after prior therapy.

35.    Defendants had knowledge of the '754 patent when they submitted ANDA No. 217609 to the FDA.

36.    On information and belief, Defendants intend to engage in the manufacture, use, offer for sale, sale, and/or importation of Eugia 75 mg Generic Capsules with the proposed labeling.

37.    The use of Eugia 75 mg Generic Capsules in accordance with and as directed by Defendants' proposed labeling will infringe at least claim 4 of the '754 patent.

38.    On information and belief, Defendants intend to actively induce infringement of at least claim 4 of the '754 patent.

39.    On information and belief, Defendants intend to contribute to the infringement of at least claim 4 of the '754 patent.

40.    On information and belief, Defendants know that Eugia 75 mg Generic Capsules and the proposed labeling are especially made or adapted for use in infringing at least one claim of the '754 patent and that the Eugia 75 mg Generic Capsules and the proposed labeling are not suitable for any substantial noninfringing use.

41.    The foregoing actions by Defendants constitute and/or would constitute infringement of at least claim 4 of the '754 patent, active inducement of infringement of at least claim 4 of the '754 patent, and/or contribution to the infringement by others of at least claim 4 of the '754 patent.

42.    Plaintiff will be substantially and irreparably harmed if Defendants are not enjoined from infringing the '754 patent.  Plaintiff has no adequate remedy at law.

## COUNT II
### (Aurobindo Pharma USA, Inc.'s Inducing of Infringement by Eugia Pharma Specialities Limited)

43.    The allegations of paragraphs 1-42 above are repeated and re-alleged as if set forth fully herein.

44.    On information and belief, Aurobindo Pharma USA, Inc. actively and knowingly caused to be submitted, assisted with, participated in, contributed to, and/or directed the submission by Eugia Pharma Specialities Limited of ANDA No. 217609 to the FDA, with knowledge of the '754 patent.

45.    The submission of ANDA No. 217609 by Eugia Pharma Specialities Limited constituted direct infringement under 35 U.S.C. § 271(e).  On information and belief, under 35 U.S.C. §§ 271(b) and 271(e)(2)(A), Aurobindo Pharma USA, Inc. induced the infringement of the '754 patent by actively and knowingly causing to be submitted, and/or assisting with, participating in, contributing to, and/or directing the submission of ANDA No. 217609 to the FDA knowing that the submission of ANDA No. 217609 would constitute direct infringement of the '754 patent.

### PRAYER FOR RELIEF

WHEREFORE, Array requests the following relief:

A.    A judgment that Eugia Pharma Specialities Limited's submission of ANDA No. 217609 to the FDA was an act of infringement of the '754 patent and that Defendants' making, using, offering to sell, selling, or importing Eugia 75 mg Generic Capsules prior to the expiration of the '754 patent will infringe, actively induce infringement of and/or contribute to the infringement of that the '754 patent;

B.    A judgment that defendant Aurobindo Pharma USA, Inc.'s knowing and purposeful activities causing to be submitted, and/or assisting with, participating in,

9

contributing to, and/or directing the submission of ANDA No. 217609, knowing that its submission would constitute direct infringement, induced infringement of the '754 patent;

C.  A judgment that the effective date of any FDA approval for Defendants to make, use, offer for sale, sell, market, distribute, or import Eugia 75 mg Generic Capsules be no earlier than the date on which the '754 patent expires, or the later expiration of any exclusivity to which Array is or becomes entitled;

D.  A permanent injunction enjoining Defendants, their officers, agents, servants, and employees, and those persons in active concert or participation with any of them, from making, using, selling, offering for sale, marketing, distributing, or importing Eugia 75 mg Generic Capsules, and from inducing or contributing to any of the foregoing, prior to the expiration of the '754 patent, or the later expiration of any exclusivity to which Array is or becomes entitled;

E.  A judgment that this case is an exceptional case under 35 U.S.C. § 285, entitling Array to an award of its reasonable attorneys' fees for bringing and prosecuting this action;

F.  An award of Array's costs and expenses in this action; and

G.  Such further and additional relief as this Court deems just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

Aaron Stiefel
Daniel P. DiNapoli
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000

David C. McMullen, PhD
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC  20001
(202) 942-5000

September 22, 2022

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff*

11